IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST HEALTHCARE SYSTEM<br>d/b/a BAPTIST REGIONAL MEDICAL<br>CENTER<br>4007 Kregse Way<br>Louisville, KY 40207<br><br>        Plaintiff<br><br>    v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of the United States<br>Department of Health and Human Services,<br>Room 700-E<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE REQUIRED BY LCvR 7.1**

I, the undersigned, counsel of record for Baptist Healthcare System d/b/a Baptist Regional Medical Center, certify that to the best of my knowledge and belief, Baptist Healthcare System has no parent companies, subsidiaries or affiliates that have any outstanding securities in the hands of the public.

This representation is made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

CROWELL & MORING LLP

By:_____
      Michael L. Martinez, Bar #347310
      1001 Pennsylvania Avenue, N.W.
      Washington, D.C.  20004-2595
      Ph:  202-624-2945
      Fax:  202-628-5116


OF COUNSEL
HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
N. Kent Smith, Attorney No. 1777-49
Keith D. Barber, Attorney No. 19052-49
Suite 2000, Box 82064, One American Square
Indianapolis, IN  46282
(317) 633-4884
*Attorneys for the Plaintiff*


Michael L. Martinez, Bar #347310
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
Ph:  202-624-2945
Fax:  202-628-5116
*Attorney for Plaintiff*
698043v1