UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST HEALTHCARE SYSTEM d/b/a BAPTIST REGIONAL MEDICAL CENTER,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br><br>Defendant. | Civil Action No. 08-677-RJL |

### RETURN OF SUMMONS AS TO THE UNITED STATES ATTORNEY

Plaintiff, by and through its undersigned counsel, hereby notifies the Court that service of the summons and complaint in this action was made on the United States Attorney for the District of Columbia on July 11, 2008, pursuant to Rule 4(i)(1)(A)(ii) of the Federal Rules of Civil Procedure. Service was made by certified mail, return receipt requested, sent to the civil-process clerk in the United States

Attorney's office. Said service is reflected by the attached executed and returned copy of the U.S. Postal Service's Domestic Return Receipt.

Respectfully submitted,

_____/s/_____
Michael L. Martinez, D.C. Bar No. 347310
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500 telephone
(202) 628-5116 facsimile

Counsel for Plaintiff

July 29, 2008

6137304

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July 2008, I served a copy of the foregoing on the United States by sending a copy via First Class United States Mail to the Chief of the Civil Division, U.S. Attorney's Office, 501 Third Street, NW, Washington, D.C. 20001

                                                      /s/
                                            Michael L. Martinez

