UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST HEALTHCARE SYSTEM d/b/a<br>BAPTIST REGIONAL MEDICAL<br>CENTER,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL O. LEAVITT,<br><br>        Defendant. | Civil Action No. 08-677-RJL |

### RETURN OF SUMMONS AS TO THE ATTORNEY GENERAL

Plaintiff, by and through its undersigned counsel, hereby notifies the Court that service of the summons and complaint in this action was made on the Attorney General of the United States on July 7, 2008, pursuant to Rule 4(i)(1)(B) of the Federal Rules of Civil Procedure. Service was made by certified mail, return receipt requested, sent to the Attorney General of the United States at the Department of

Justice here in Washington, D.C. Said service is reflected by the attached executed and returned copy of the U.S. Postal Service's Domestic Return Receipt.

Respectfully submitted,

/s/
Michael L. Martinez, D.C. Bar No. 347310
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500 telephone
(202) 628-5116 facsimile

Counsel for Plaintiff

July 29, 2008

6137321

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July 2008, I served a copy of the foregoing on the United States by sending a copy via First Class United States Mail to the Chief of the Civil Division, U.S. Attorney's Office, 501 Third Street, NW, Washington, D.C. 20001

_____/s/_____
Michael L. Martinez

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $1.34 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.24 |

Postmark Here — BEN FRANKLIN STATION, JUL 26, WASHINGTON DC 20004

Sent To: Michael B. Mukasey, Office of the Attorney General
Street, Apt. No.; or PO Box No.: Department of Justice, 950 Pennsylvania Avenue, NW
City, State, ZIP+4: Washington, DC 20530

7007 2680 0000 9073 2986

PS Form 3800, August 2006 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael B. Mukasey
   Office of the Attorney General
   Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                JUL 07 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540