UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BAPTIST HEALTHCARE SYSTEM d/b/a )
  BAPTIST REGIONAL MEDICAL )
  CENTER, )
                                      Plaintiff, )
                                      v. )                         Civil Action No. 08-677-RJL
MICHAEL O. LEAVITT, )
                                      Defendant. )

**RETURN OF SUMMONS AS TO THE SECRETARY,
U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**

    Plaintiff, by and through its undersigned counsel, hereby notifies the Court that service of the summons and complaint in this action was made on Defendant Michael O. Leavitt, in his official capacity as Secretary of the U.S. Department of Health and Human Services, on July 7, 2008, pursuant to Rule 4(i)(1)(C) and 4(i)(2) of the Federal Rules of Civil Procedure. Service was made by certified mail, return receipt requested, sent to the Secretary at his Office in the U.S. Department of Health and Human Services here in Washington, D.C. Said service is reflected

by the attached executed and returned copy of the U.S. Postal Service's Domestic Return Receipt.

>Respectfully submitted,
>
>_____/s/_____
>Michael L. Martinez, D.C. Bar No. 347310
>CROWELL & MORING LLP
>1001 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004-2595
>(202) 624-2500 telephone
>(202) 628-5116 facsimile
>
>Counsel for Plaintiff

July 29, 2008

6137332

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2008, I served a copy of the foregoing on the United States by sending a copy via First Class United States Mail to the Chief of the Civil Division, U.S. Attorney's Office, 501 Third Street, NW, Washington, D.C. 20001

                                                                         /s/
                                            Michael L. Martinez

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7007 2680 0000 9073 2979

| | | |
|---|---|---|
| Postage | $ | $1.34 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.24 |

Sent To: Michael Leavitt, Secretary US Department of Health & Human Services
Street, Apt. No.; or PO Box No. 200 Indepedence Avenue, SW
City, State, ZIP+4 Room 700E Washington, DC 20201

PS Form 3800, August 2006    See Reverse for Instructions

Postmark: FRANKLIN STATION, JUL 3 2008, WASHINGTON DC 20004

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Leavitt, Secretary
   US Department of Health
   & Human Services
   200 Indepedence Avenue, SW
   Room 700E
   Washington, DC 20201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]     ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Lawrence
C. Date of Delivery: 7-7-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540